UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 15-CR-49 (06) (MJD/FLN)

---

UNITED STATES OF AMERICA,

       Plaintiff,

v.

HANAD MUSSE,

       Defendant.

**DEFENDANT HANAD MUSSE'S PROPOSED RELEASE PLAN**

---

In support of his motion to modify his conditions of release, defendant Hanad Musse, by and through his undersigned counsel, submits the following proposed release plan:

## RELEASE PLAN FOR HANAD MUSSE

This is a plan Hanad's counsel prepared with the help of Hanad's family, mosque, and leaders of the Somali community, specifically Mr. Mohamud Noor, Executive Director of the Confederation of Somali Community in Minnesota. The plan will reasonably assure the safety of the community and Hanad's future appearances in court. It will also facilitate Hanad's religious, educational and physical development, while also reintegrating him into his community and thereby serve the interest of justice.

**Housing**

Hanad will reside with his maternal aunt Geni Nur at ███████████████ Minneapolis, MN. Mrs. Nur is married and has eight successful children. She lives with her

1

husband and three of their children, two of which are in college and one is in high school. The rest of their children are married and live and work in Minnesota.

Mrs. Nur was born in Somali and moved to Kenya before the war. She moved to the United States in 1998 and is a United States citizen.

Mrs. Nur is a preschool teacher. She is employed by █████████ and has been a teacher there since 2001.

Mrs. Nur is also actively involved in the local Somali community. Mrs. Nur and her sister, Hanad's mother, played basketball for the Somali national team. Mrs. Nur now holds leadership positions in two different basketball organizations: Southwest Basketball Federation and the Somali Basketball Federation. In addition, Mrs. Nur is on the board of the Somali Youth Development Organization. Mrs. Nur runs basketball programs for the youth through these organizations.

Mrs. Nur is a strong woman who commands her children's respect and obedience. She has a very good relationship with her nephew Hanad. She taught him to play basketball at a young age. She now coaches his basketball teams.

Mrs. Nur loves Hanad and supports him. She has attended all of Hanad's hearings in this case. She understands assuming the obligation to supervise his release is a serious matter and all of the Court's orders must be followed.

Mrs. Nur is available and willing to supervise Hanad during this case. She took the summer off of work in hopes of doing so. She welcomes Hanad into her home. She has

rules in her house, and Hanad will follow those rules. She understands that the Court will make other rules, and she will make sure the Court's rules are followed. If Hanad fails to follow any of the rules of the Court or this plan, Mrs. Nur promises the Court she will immediately report it.

Mrs. Nur provided a signed affidavit for the Court in support of this plan.

We propose the following rules should the Court agree Hanad can be placed with Mrs. Nur:

1. No cell phone use or computer/internet use unless approved in advance by Chief Judge Davis.

2. If cell phone or computer use is approved, monitoring may be required.

3. Mrs. Nur will secure all phones and computer devices in the home with internet access.

4. All of Mrs. Nur's rules of the house must be obeyed. Mrs. Nur will provide Pretrial Services a set of written rules for supervison addressing visitors, phone use, etc.

5. No drug or alcohol use.

Hanad will not be allowed to leave Mrs. Nur's home except for the limited purposes of worship, legal, medical, basketball and exercise, and only to the extent and under the conditions described below.

**Worship**

Hanad will be allowed to attend a mosque for worship. The mosque he will attend is Dar Al-Hijrah Mosque located at 504 Cedar Avenue South, Minneapolis, MN. This mosque

is operated by the Islamic Civic Society of America. Hanad will be allowed to worship at the mosque only during these times:

>Friday 12:00 noon - 3:00 p.m.

>Ramadan (June 18 – July 18) at specific times to be submitted to the Court by the Imam.

Hanad will be under the direct supervision of the Iman while at the mosque. The Imam is Sheikh Abdisalam Adam. The same conditions that apply to Hanad in terms of cell phone, computer, and internet use at Mrs. Nur's house apply at the mosque. The Imam understands these conditions and is willing to supervise Hanad while he is at the mosque. The Imam will immediately report any violations to the proper person  Please see the Affidavit of Sheikh Abdisalam Adam.

**Legal**

Hanad will be allowed to visit his attorneys at their office located at 333 South Seventh Street, Suite 3000, Minneapolis, MN, as his attorneys deem necessary to defend his case. The same conditions that apply to Hanad in terms of cell phone, computer, and internet use at Mrs. Nur's house apply at Hanad's attorney's office.

Hanad's father, a long-time employee of the federal government, will accompany his son to all his court hearings in this case. Please see the Affidavit of Mustafa Musse.

**Medical**

Hanad will be allowed to go see the doctor and other medical professionals to address any medical needs should the need arise. Hanad will provide Pretrial Services

4

advance notice and receive their permission to attend any and all scheduled doctor or other medical appointments. The notice will include the time, location, and name of the medical provider.

**Basketball**

Hanad will be allowed to participate in the basketball programs run by Mrs. Nur. This includes practices and games. Hanad will not be allowed to travel out of the State of Minnesota. Hanad will not be allowed to travel any more than 100 miles from Mrs. Nur's home to participate in any basketball-related activities.

Before Hanad can participate in the basketball programs, Mrs. Nur must provide the Court and Pretrial Services a schedule showing the time and location of each practice and each basketball game and receive the approval from Pretrial Services.

The same conditions which apply to Hanad in terms of cell phone, computer, and internet use at Mrs. Nur's house apply when Hanad is participating in the basketball programs. Hanad will be under Mrs. Nur's direct supervision at all times when participating in the basketball programs. Mrs. Nur understands this condition and is willing to undertake it. Mrs. Nur will immediately report any violations to the proper person.

**Gym/Exercise**

Hanad will be allowed to exercise at Lifetime Fitness only during the following times:

Saturdays 3:00 p.m. - 6:00 p.m.

Hanad will go to Lifetime Fitness with Mrs. Nur and will remain under her direct supervision while there. Mrs. Nur understands this condition and is willing to undertake it. The same conditions that apply to Hanad in terms of cell phone, computer, and internet use at Mrs. Nur's house apply when Hanad is at Lifetime Fitness.

### Transportation

Mrs. Nur, Mr. Noor, or Hanad's father, Mustafa Musse, will transport Hanad to and from these activities and locations. No one else will be allowed to transport Hanad, and Hanad cannot transport himself. Please see the affidavits of Mrs. Nur, Mr. Noor, and Mr. Musse.

### Location Monitoring Device

Hanad will be subject to location monitoring to be set up by Pretrial Services. This will show that Hanad is either at Mrs. Nur's home or at, or in route to or from, one of the preapproved locations for the purposes identified herein.

### Other Rules

The usual rules for release will also apply:

1. No violations of the law.
2. Give DNA sample if required.
3. Make all court appearances.
4. Sign an appearance bond.

5. Report regularly to U.S. Pretrial Services as directed by the Court or U.S. Pretrial Services.

6. Surrender passport.

7. Not obtain a passport or other international travel document.

8. No travel outside Minnesota.

9. No firearms.

10. Random drug testing if the Court requires.

11. Report ASAP all law enforcement contacts.

12. Follow through with community and Mosque and school obligations as ordered by Chief Judge Davis.

13. Provide U.S. Pretrial Services with any financial information including credit reports, bank statements, and the like.

14. No contact with any of his co-defendants.

**Education**

It is our understanding Minneapolis Community and Technical College (MCTC) is willing to provide Hanad with a customized learning plan. It is also our understanding MCTC could arrange to have Hanad take college courses from Mrs. Nur's home, rather than at MCTC's campus. Presumably this would entail internet access. Hanad would like the option to participate in this program should his family be able to find the financial resources necessary to participate. Hanad's internet access may be subject to monitoring.

          Respectfully submitted,

          **GASKINS BENNETT BIRRELL SCHUPP, LLP**

Dated: June 25, 2015      s/ Paul C. Dworak
                               Andrew S. Birrell (#133760)
                               Paul C. Dworak (#391070)
                               333 South Seventh Street, Suite 3000
                               Minneapolis, MN 55402
                               (612) 333-9500

                               **ATTORNEYS FOR DEFENDANT**