UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HANAD MUSTAFE MUSSE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  **AFFIDAVIT OF**<br>)  **GENI NUR**<br>)<br>)<br>)<br>)<br>) |

COUNTY OF MINNESOTA )
                    ) ss.
COUNTY OF HENNEPIN  )

I, Geni Nur, being first duly sworn under oath, hereby depose and state as follows:

1. My name is Geni Nur.

2. I live in a house at ███████████████████████████, Minneapolis, MN.

3. I have lived there since 2002.

4. I am married to Ali Egal.

5. I am the mother of eight children.

6. Three of my children still live at home with me. They are:

    a. ███████ – born 1995 who is a student at Hennepin Technical College

    b. ███████ – born 1996 who is a student at St. Cloud University

    c. ███████ – born in 1997 who is in 11th grade at Southwest High School

7. My other children are:

a. ▬▬▬ – born 1982, is married, has three children, lives with her husband in Minneapolis and works as a manager of public housing

b. ▬▬▬ – is my son, he was born in 1984, is married, has two sons, lives in Owatonna, where he owns his own business as the owner-operator of a truck

c. ▬▬▬ – was born in 1988, is single, lives in Minneapolis and works in public housing in St. Paul, MN

d. ▬▬▬ – was born in 1989, is married, has two children, lives in Mankato, her husband is a probation officer and she does not work outside the home

e. ▬▬▬ – was born in 1991, is married, lives in Minneapolis, goes to community college, has two boys and works part-time for a chiropractor

8. I was born in Mogadishu, Somalia in 1964. I lived there until 1986.

9. I moved to Kenya before the war. Most of my children were born in Kenya.

10. I came to the United States from Kenya in 1998.

11. I moved from Kenya to Minneapolis, and I chose to live in Minneapolis because I had family here including my mother and brother.

12. I am a citizen of the United States.

13. I am employed as a preschool teacher by ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ I have been a teacher there since 2001.

14. I am the V.P. of the SW Basketball Federation and the 3rd V.P. of the Somali Basketball Federation.

15. I run the summer basketball programs.

16. I am off from teaching from June 10 to August 21.

17. I am on the board of the Somali Youth Development Organization in Minnesota.

18. Hanad Musse's mother is my sister. Thus, I am Hanad's aunt..

19. I have known Hanad Musse since he was born.

20. I have always been very close to Hanad, and I love him very much.

21. I taught Hanad basketball from the time he was seven years of age until he was 18 years of age.

22. I have attended all of Hanad's hearings before the Court in the above-captioned matter.

23. I am available to supervise Hanad. He is welcome to live in my house. I will be teaching and practicing basketball all summer at Lifetime, and Hanad can fully participate in that as he has before.

24. There are rules in my house, and Hanad will have to follow them.

25. I am certain he will follow my rules. He has always listened to me and has always obeyed me.

26. I understand that if Hanad is released to my custody, the Court will make other rules, and I will make sure the Judge's rules are followed.

27. I do not want to disappoint the Judge.

28. I believe Hanad will follow all rules, but if he failed to follow a rule, I would immediately report it to the proper person.

29. I am a teacher, a mother of eight successful children and a person very involved in the community. I am very much aware of Hanad's circumstances, and I believe I am able to supervise him for the Court. Should that view ever change, I promise the Judge I will immediately let him know.

30. I have read through the proposed release plan. I understand the terms of the plan. I understand that I have many responsibilities under the plan, and I willingly accept those responsibilities. I support the plan.

**FURTHER YOUR AFFIANT SAYETH NOT.**

_____
Geni Nur

Subscribed and sworn to before me
this 17th day of June, 2015.

_____
Notary Public



KATHRYN J. LUKENS
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2020