UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 15-CR-49 (06) (MJD/FLN)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HANAD MUSTOFE MUSSE, )<br>)<br>Defendant. )<br>) | **AFFIDAVIT OF<br>MUSTAFA MUSSE** |

COUNTY OF MINNESOTA )
                        ) ss.
COUNTY OF HENNEPIN )

     I, Mustafa Musse, being first duly sworn under oath, hereby depose and state as follows:

1. My name is Mustafa Musse.

2. I am a United States citizen and resident of Minnesota.

3. I am Hanad's father.

4. I have worked for the United States government for over 10 years.

5. I worked closely with defendant's counsel to develop a release plan for Hanad Musse that reasonably assures the safety of the community and Hanad's future appearances in court, while also facilitating Hanad's religious, educational, and physical development, and reiterating him into the community.

6. I have reviewed the plan in its entirety and believe this plan accomplishes the aforementioned goals. I support this plan.

7.   I understand the terms of this plan. I also understand that I am an active participant in this plan; specifically, I am one of only three people authorized to transport Hanad to and from the approved locations during the approved times.

8.   I also promise to accompany my son to all his court appearances in this case.

9.   I also promise to immediately report any violation of this plan or any of the Court's orders to the proper person.

10.  I willing accept my roles and responsibilities under this plan.

11.  I will make myself available to answer any of the Court's questions regarding this plan or Hanad's release.

**FURTHER YOUR AFFIANT SAYETH NOT.**

_____
Mustafa Musse

Subscribed and sworn to before me
this 17th day of June, 2015.

_____
Notary Public



KATHRYN J. LUIKENS
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2020