UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 15-CR-49 (06) (MJD/FLN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **AFFIDAVIT OF** |
| Plaintiff, | ) | **SHEIKH ABDISALAM ADAM** |
| | ) | |
| v. | ) | |
| | ) | |
| HANAD MUSTOFE MUSSE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COUNTY OF MINNESOTA )
                       ) ss.
COUNTY OF HENNEPIN )

      I, Abdisalam Adam, being first duly sworn under oath, hereby depose and state as follows:

      1.      My name is Abdisalam Adam.

      2.      I am a United States citizen and resident of Minnesota.

      3.      I am the Imam at the Dar Al-Hijrah Mosque, located at 504 Cedar Avenue South, Minneapolis, MN.

      4.      I am also very active in the local Somali community.

      5.      I have been a school teacher for 17 years.

      6.      Attached as Exhibit A is my resume describing in more detail my employment history, education, and community activities.

      7.      I worked with defendant's counsel to develop a plan to facilitate Hanad's religious development should the Court grant his release.

8.      I have reviewed the plan in its entirety and I support this plan.

9.      I understand the terms of this plan.  I also understand that I am an active participant in this plan; specifically, I am in charge of supervising Hanad while he is worshiping at the mosque every Friday between noon and 3:00 p.m. and during Ramadan at specific times to be submitted and approved by the Court.

10.      I also understand that Hanad cannot use a cellphone, computer, or the internet while at the mosque.

11.      I also promise to immediately report any violation of this plan or any of the Court's orders to the proper person.

12.      I willing accept my roles and responsibilities under this plan.

13.      I will make myself available to answer any of the Court's questions regarding this plan or Hanad's release.

**FURTHER YOUR AFFIANT SAYETH NOT.**


_____
Abdisalam Adam

Subscribed and sworn to before me
this 17th day of June, 2015.

_____
Notary Public



KATHRYN J. LUIKENS
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2020

# EXHIBIT A

Filed Under Seal