UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 15-CR-49 (06) (MJD/FLN)

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HANAD MUSTOFE MUSSE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **AFFIDAVIT OF<br>MOHAMUD NOOR** |

COUNTY OF MINNESOTA  )
                                          )  ss.
COUNTY OF HENNEPIN   )

I, Mohamud Noor, being first duly sworn under oath, hereby depose and state as follows:

1.    My name is Mohamud Noor.

2.    I am a United States citizen and resident of Minnesota.

3.    I am the Executive Director for the Confederation of Somali Community in Minnesota.

4.    I am a former member of the Minneapolis School Board.

5.    I worked for Hennepin County and the State of Minnesota for about 14 years.

6.    I am very active in the local Somali community.

7.    I worked closely with defendant's counsel to develop a release plan for Hanad Musse that reasonably assures the safety of the community and Hanad's future appearances

in court, while also facilitating Hanad's religious, educational, and physical development, and reiterating him into the community.

8.    I have reviewed the plan in its entirety and believe this plan accomplishes the aforementioned goals.  I support this plan.

9.    I understand the terms of this plan.  I also understand that I am an active participant in this plan; specifically, I am one of only three people authorized to transport Hanad to and from the approved locations during the approved times.

10.    I also promise to immediately report any violation of this plan or any of the Court's orders to the proper person.

11.    I willing accept my roles and responsibilities under this plan.

12.    I will make myself available to answer any of the Court's questions regarding this plan or Hanad's release.

**FURTHER YOUR AFFIANT SAYETH NOT.**

Mohamud Noor

Subscribed and sworn to before me this 17 day of June, 2015.

Notary Public



KATHRYN J. LUIKENS
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2020