UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

     Plaintiff,

v.

Hanad Mustafe Musse,

     Defendant.

**ORDER**
**Crim. No. 15-49 (06)(MJD)**

---

     Andrew R. Winter and John Docherty, Assistant United States Attorneys, Counsel for Plaintiff.

     Defendant, *pro se.*

---

     On September 9, 2015, Defendant pleaded guilty to Count 1 of the Superseding Indictment which charged Conspiracy to Provide Material Support to a Designated Foreign Terrorist Organization.   On November 15, 2016, Defendant was sentenced to a term of imprisonment of 120 months, to be followed by a twenty year term of supervised release.  Defendant's release date is November 9, 2023.

     Before the Court is Defendant's letter request that his term of supervised release be shortened [Doc. No. 984] and motion to clarify and modify conditions of supervised release pursuant to 18 U.S.C. § 3582(e)(2) and Fed. R. Crim. P.

32.1(c).  [Doc. No. 986].  Defendant asserts the motion is ripe, as he may be released sooner than anticipated because of the pandemic.

The government opposes any request to shorten Defendant's term of supervised release, and otherwise responds that his request to modify or clarify the conditions of supervised release is premature.

The Court agrees that the motion is premature.  He is not scheduled for release for close to three years, and Defendant has not demonstrated that his release is imminent.

The Court further finds that Defendant's motion is without merit, as he has failed to specify which terms of his supervised release need modification or clarification.   Accordingly, on the record before it, the Court declines to address Defendant's motion.

**IT IS HEREBY ORDERED** that Defendant's Motion to Clarify and Modify Conditions of Supervised Release [Doc. No. 986] is **DENIED WITHOUT PREJUDICE.**

Date:  February 1, 2021                       s/ Michael J. Davis
                                              Michael J. Davis
                                              United States District Court